UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| ALWAYS COOKING BEST CRABS, LLC | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Civil Action No. 19-1203-DKC |
| UNITED STATES ET AL. | ) ) ) | |
| Defendants. | ) ) | |

## CONSENT MOTION FOR ENTRY OF CONSENT ORDER

Plaintiff Always Cooking Best Crabs, LLC ("Best Crabs"), by and through undersigned counsel, hereby files this Consent Motion for Entry of Consent Order, and states as follows:

1. This action was brought by Plaintiff Best Crabs against Defendants United States and United States Department of Agriculture ("USDA") (collectively, "Defendants") for judicial review of USDA Food and Nutrition Service's ("FNS") Final Agency Decision ("FAD") withdrawing Best Crabs' authorization to participate in the Supplemental Nutrition Assistance Program ("SNAP") and for violation of the Freedom of Information Act.

2. In the FAD, FNS advised that it intended to implement the withdrawal of Best Crabs SNAP authorization on or about May 12, 2019.

3. Shortly after the filing of the Complaint, undersigned counsel conferred with counsel for the Defendants of its intent to promptly file a motion for preliminary injunction in order to enjoin FNS from implementing the withdrawal of Best Crabs' SNAP authorization.

4. The Defendants have agreed to refrain from withdrawing Best Crabs' SNAP authorization and to keep such SNAP authorization active until this Court enters a judgment on the merits of Count I of Best Crabs' Complaint. Defendants' agreement to refrain should not be

construed as a concession relating to the merits of Best Crabs' threatened motion for preliminary injunction.

5. The parties are further pleased to report that they are amenable to entry of the proposed Consent Order attached hereto.

WHEREFORE, based upon the parties' stipulation and agreement, Plaintiff Best Crabs respectfully requests that this Court enter the attached Consent Order enjoining the Defendants, including FNS, from withdrawing Best Crabs' SNAP authorization and further agreeing to keep such SNAP authorization active until this Court enters a judgment on the merits of Count I of Best Crabs' Complaint.

.

Dated this 17th day of May 2019.

By: /s/ J. Mason Weeda
Joseph Mason Weeda (D. Md. Bar No. 18276)
Stewart D. Fried (*pro hac vice* application forthcoming)
Olsson Frank Weeda Terman Matz PC
2000 Pennsylvania Avenue, N.W., # 3000
Washington, D.C. 20006
(202) 518-6326 – Direct Dial
(202) 234-3550 – Facsimile
sfried@ofwlaw.com

Attorneys for Plaintiff Always Cooking Best Crabs, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May 2019, a copy of the foregoing was served via the CM/ECF system and via e-mail to:

Matthew Haven, Esq.
Assistant United States Attorney
36 South Charles St., 4th Floor
Baltimore, MD 21201
Matthew.haven@usdoj.gov

/s/ Stewart D. Fried
Stewart D. Fried