**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ALWAYS COOKING BEST CRABS, LLC**, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil No. 19-1203-DKC |
| **UNITED STATES, et al.**, | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING ADMINISTRATIVE RECORD**

The United States of America, on behalf of the Defendants, hereby files a copy of the United States Department of Agriculture, Food and Nutrition Service's Administrative Appeal Record for the above-captioned case. As set forth in the attached Declaration of Shanta Swezy, Chief of the Administrative Review Branch, Retailer Policy and Management Division, Food and Nutrition Service, United States Department of Agriculture, the Administrative Appeal Record filed herewith (numbered as A.R. 1 to A.R. 2232) is a true and correct copy (as redacted to comply with applicable laws and regulations) of the record considered by the FNS in sustaining the decision to disqualify Plaintiffs from the Supplemental Nutrition Assistance Program. An index to the Administrative Appeal Record is also attached hereto. Based on this record, Defendants will move to dismiss the Complaint, or alternatively, for summary judgment.

Respectfully submitted,

Robert K. Hur
United States Attorney

 */s/ Matthew A. Haven*
Matthew A. Haven, Bar No. 18602
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
(410) 209-4800
matthew.haven@usdoj.gov