DECLARATION OF COMPLETENESS OF RECORD
OF PROCEEDINGS BEFORE
ADMINISTRATIVE REVIEW OFFICER

**RE:** **Best Crabs**
**Baltimore, Maryland**

The undersigned hereby declares:

1. That as Chief of the Administrative Review Branch of the Retailer Policy and Management Division, she is the duly designated supervisor of Monique Brooks the Administrative Review Officer who made the Final Agency Determination complained of in this action;

2. That in her position, the undersigned is the designated custodian of records in this matter;

3. That the undersigned has examined the administrative appeal record of Best Crabs attached hereto as pages A.R. 1 through A.R. 2232 and that the attached is a true and correct copy of the said administrative appeal record, and of the record considered by Monique Brooks in sustaining the decision of Batista Edwards, Officer In Charge of the Food and Nutrition Service, Retailer Operations Branch, Area 4 Office to withdraw Best Crabs from participating in the Supplemental Nutrition Assistance Program; as elaborated in her determination dated, November 8, 2018. The SSN's, EIN's and DOB's were redacted to comply with the E-Government Act.

*Shanta Swezy*
Shanta Swezy, Chief
Administrative Review Branch
Retail Policy and Management Division

Certified on this 13th day of June 2019